UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michael Disabato, *et al.*,

    Plaintiffs,

v.

The Ohio State University,

    Defendant.

Civil Action 2:19-cv-2237

Judge Michael H. Watson

Chief Magistrate Judge Deavers

## ORDER

This case involves common questions of law and fact with related cases 2:18-cv-692 and 2:18-cv-736. Pursuant to this Court's March 15, 2019 Order, ECF No. 69, 2:18-cv-692, the Court **CONSOLIDATES** this newly-filed case with the aforementioned cases during the pendency of mediation. *See* Fed. R. Civ. P. 42(a). During the period of consolidation, all filings shall be filed in Case No. 2:18-cv-692.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT