# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| DISABATO, et al., | |
| Plaintiffs, | Case No. 2:19-cv-2237 |
| v. | |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5.2.1 and Fed. R. Civ. P. 5.2, Plaintiffs, by and through undersigned counsel, respectfully request leave of court to file an Unopposed Motion and Proposed Order under seal.

Due to recent confidential developments involving settlement issues for survivors, most of whom are John Does, Plaintiffs have a good faith basis to file the motion and proposed order. Michael Carpenter, Esq., on behalf of Defendant, has reviewed this motion and has no opposition.

Accordingly, Plaintiffs respectfully request that this Court issue an Order authorizing Plaintiffs to file these certain documents under seal.

2

        Respectfully submitted,

        */s/ Richard W. Schulte*
        Richard W. Schulte (0066030)
        Wright & Schulte, LLC
        865 S. Dixie Dr.
        Vandalia, OH 45377
        (937) 435-7500
        (937) 435-7511 facsimile
        rschulte@yourlegalhelp.com

        */s/ Michael L. Wright*
        Michael L. Wright (0067698)
        Wright & Schulte, LLC
        130 W. 2nd Street, Suite 1600
        Dayton, OH 45402
        (937) 222-7477
        (937) 222-7911 facsimile
        mwright@yourohiolegalhelp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of March 2020, the foregoing was filed via the ECF/CM system with the Clerk of the Court and served upon counsel of record via email through the Court's ECF/CM system by means of the Notice of Electronic Filing.

*/s/ Richard W. Schulte*
