## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**MICHAEL DISABATO, et al.,**

        Plaintiffs,                  Case No. 2:19-cv-2237

       v.                                Judge Michael H. Watson

**THE OHIO STATE UNIVERSITY,**       Chief Magistrate Judge
                                              Elizabeth P. Deavers

        Defendant.

## ORDER

Plaintiffs Michael DiSabato, John Does 1-14, and John Does 16-36 (the "Dismissing Plaintiffs") and Defendant The Ohio State University ("OSU") jointly move the Court to dismiss with prejudice the Dismissing Plaintiffs' claims. ECF No. 41. The motion is **GRANTED**, and any and all claims which have been, could have been, or should have been asserted by the Dismissing Plaintiffs against OSU in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**. The Dismissing Plaintiffs and OSU shall bear their own attorneys' fees, costs, and expenses.

The claims of John Doe 15 in this matter are not being dismissed and remain pending.

**IT IS SO ORDERED.**

                                                        */s/ Michael H. Watson*
                                                        **MICHAEL H. WATSON, JUDGE**
                                                        **UNITED STATES DISTRICT COURT**